Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 1534 | **DATE** | 3/10/2010 |
| **CASE TITLE** | Ebrahime vs. Cook County Department of Corrections, et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 3/30/2010 at 8:30 a.m. to report on the possibility of settlement. Counsel for Mr. Ebrahime should call appointed counsel for Mr. Ebrahime in the case pending before Judge Castillo to discuss the possibility of a global settlement, as remote as that may be. The defendant must decide whether it is willing to resolve the instant case separately. The parties are instructed to have an additional settlement conference before the next court hearing and to exchange further offers and demands.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | CDH |
|---|---|---|